UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
BROWARD DIVISION
CASE NO.:0:13-cv-61286-RNS

SAMUEL LOPEZ,

                Plaintiffs,

Against

LANDSCAPE MAINTENANCE PROFESSIONALS, INC.,
a Florida Profit Corporation,

                Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, SAMUEL LOPEZ, by and through his undersigned attorney, and pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(i), hereby voluntarily dismisses this action without prejudice.

Respectfully submitted,

**SCHWARTZ ROLLER, LLP.**

By: /s/ K. Brian Roller
K. BRIAN ROLLER
Florida Bar No. 0018696
3876 Sheridan Street
Hollywood, Florida 33021
broller@szalaw.com
pleadings@szalaw.com
Telephone :( 954) 966-2483
Facsimile :( 954) 966-2566